DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

FREDERICK C. SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee

Case No.  2D20-2471

————————————————

September 17, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Philip J. Federico, Judge.

Frederick C. Smith, pro se.

PER CURIAM.

    Affirmed.

KELLY, ATKINSON, SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.